March 25, 2004

Annette S. Muecke
P.O. Box 90991
San Antonio, TX 78209

Ms. Tina Cheryl Torres
Law Office of Peter Torres, Jr., P.C.
454 Soledad, Suite 200
San Antonio, TX 78205
Mr. Eric Andrew Pullen
Loeffler Jonas & Tuggey, LLP
755 East Mulberry, Suite 200
San Antonio, TX 78212

RE: Case Number: 03-0972
 Court of Appeals Number: 04-02-00006-CV
 Trial Court Number: 233,985

Style: ANNETTE S. MUECKE
 v.
 BEST PAWN & JEWELRY, INC., WAYNE SPRUILL, PETER TORRES, JR. & THE LAW
 OFFICE OF PETER TORRES, JR. P.C.

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed order in the
above referenced-cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Herb |
| |Schaefer |
| |Mr. Gerry |
| |Rickhoff |